UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TASHA GROVER, HENRY LEE RUSSELL,
LYVONNE WILKINS, ALLISON RENE
FERGUSON, SANDRA BRYANT, ROGER
DOBBINS, ROSA L. THOMAS, SHARON
GOODMAN, and WAYNE BERTRAND
Plaintiffs,**

**VERSUS**                                                         **CIVIL ACTION NO. 5:05 CV12KS/JMR**

**ADAMS COUNTY BOARD OF SUPERVISORS
Defendant.**
_____

**AGREED ORDER OF DISMISSAL**
_____

THIS MATTER having come on for hearing upon the Joint Motion of the parties, and the parties being represented by counsel, the Plaintiffs by Lisa M. Ross and the Defendant by Jeremy P. Diamond; and the parties, by and through their respective counsel have announced to the Court that all issues in the above referenced matter have been resolved; that the Complaint and said causes of action stated therein should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that the Plaintiffs' Complaint and causes of action alleged against the Defendant are hereby dismissed with prejudice.

SO ORDERED, this the 27th day of July, 2006.

        s/ *Keith Starrett*
        UNITED STATES DISTRICT JUDGE

AGREED:

s/ Lisa M. Ross
_____
LISA M. ROSS (MSB 9755)
Attorney for Plaintiffs,

Tashia Grover, et al.
P.O. Box 11264
Jackson, Mississippi 39283-1264
(601) 981-7900


s/ Jeremy P. Diamond
_____
JEREMY P. DIAMOND (MSB 101800)
ROBERT C. LATHAM (MSB 1076)
Truly, Smith & Latham, P.L.L.C.
Attorney for Defendant,
Adams County Board of Supervisors
P.O. Box 1307
Natchez, Mississippi 39121
(601) 442-6495